Muir & Troutman
16100 NW Cornell Rd, #200
Beaverton, OR 97006
(503) 292-6788
(503) 292-5799 fax
Ted A. Troutman, OSB #844470
Attorney For Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: ) | |
| ) Case No. <u>11-39884-tmb13</u> | |
| Melody D. Taylor, ) | |
| ) | |
| ) **MOTION FOR ORDER GIVING** | |
| ) **DEBTOR 10 DAYS TO CONVERT** | |
| Debtor(s) ) **TO CHAPTER 7** | |
| ) | |

     The above referenced debtor, by and through her attorney Ted A. Troutman, moves the court for an order that gives her until January 6, 2012 to dismiss or convert her case to a Chapter 7 bankruptcy.

                                            Presented By:

<u>December 27, 2011</u>                    <u>/s/ Ted A. Troutman</u>
Date                                         Ted A. Troutman, OSB#844470
                                                 Attorney for Debtor

Ted A. Troutman, OSB #844470
Muir & Troutman Law Office
16100 NW Cornell Rd., Ste 200
Beaverton, OR 97006
(503) 292-6788
tedtroutman@sbcglobal.net

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

In Re                                                      )
                                                           ) Case No. 11-39884-tmb13
**Melody D. Taylor,**                                      )
                                                           )
                                                           ) **CERTIFICATE OF SERVICE**
                                                           )

I, Lisette Barajas, Declare as follow:

I certify that on **December 27, 2011**, I served, by **first class mail**, a full and true copy of the attached **Motion for Order Giving Debtor 10 Days to Convert to Chapter 7 and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**Melody Taylor
POB 249
Gresham OR 97030**

I certify that on **December 27, 2011** a full and true copy of the attached **Motion for Order Giving Debtor 10 Days to Convert to Chapter 7 and Certificate of Service** was serviced on the following recipients electronically via the ECF Bankruptcy Noticing Center:

- Wayne Godare    c0urtmai1@portland13.com, c0urtmai1@portland13ct.com
- TED A TROUTMAN    tedtroutman@gmail.com, rusty@muir-troutman.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov
- JENNIFER L ^ASPAAS4    ecfor@rcflegal.com

Dated: **December 27, 2011**

/s/ Lisette Barajas
Lisette Barajas, Legal Assistant to
Ted A. Troutman

Page 1 Certificate of Service