UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
)
) NOTICE OF DEBTOR'S
) AMENDMENT OF MAILING MATRIX
Debtor(s) ) OR SCHEDULES D, E, F, G OR H

**I. FILING INSTRUCTIONS FOR DEBTOR(S):**
  A. File this form to add or delete creditors from the mailing matrix and/or Schedules D, E, F, G or H, or change the amount or classification of a debt listed on schedules D, E, or F. An amendment filing fee is required.
  B. If filing in paper, you must also include a creditor mailing matrix with ONLY the NEW or DELETED creditors listed in the format set forth on LBF #104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).
  C. If amending Schedules D, E, F, G or H, label them as "Supplemental" and include ONLY the NEW information, and file them with this notice.
  D. If amending Schedules D, E, or F, you must also file an updated Summary of Schedules (Official Form #B6), including page 2 if an individual.
  E. If the case is closed, you must also file a separate Motion to Reopen with the applicable filing fee.
  F. To file an address change for a previously listed creditor, use LBF #101 instead of this form.

**II. SERVICE INSTRUCTIONS FOR DEBTOR(S):**
  A. **When adding creditors**: Serve each new creditor with a copy of this notice, and a copy of any of the following documents that have already been filed in this case:
     1. **(All chapters)** The Notice of the Meeting of Creditors that includes **all 9 digits** of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).
     2. **(All chapters)** Each applicable amended schedule.
     3. **(All chapters)** When the time for filing a timely proof of claim or complaint under 11 USC §523(c) or §727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. [Note: You must create this notification.]
     4. **(Chapter 7 or 11)** Any order, and any supplemental order, fixing time for filing a proof of claim form.
     5. **(Chapter 9, 11, 12, or 13)** (a) The notice of any pending confirmation hearing, all related documents required to be sent with that notice and , in a Chapter 13 case, the most recent proposed plan; or (b) the most recent confirmation order, the most recent confirmed plan, and, if a confirmed Chapter 11 plan, the approved disclosure statement related to the confirmed plan.
     6. **(Chapter 11, 12 or 13)** Any notice of modification of plan, including attachments, if time for objection has not expired.
     7. **(Chapter 9 or 11 only)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.
     8. (**Chapter 9 or 11**) The notice of any pending hearing on a proposed disclosure statement, with attachments.
  B. **When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim:** Serve each affected creditor with a copy of this notice, the applicable amended schedule(s), and the following:
     1. **(All chapters)** A notice to each deleted creditor that: (a) the creditor is being deleted and will not receive further notices unless the creditor files a written request with the court that includes the debtor's name, full case number, and the creditor's name and mailing address; and (b) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.
     2. **(Chapter 9 or 11)** A notice to each affected creditor that a proof of claim must be filed by the later of either (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

**III. CERTIFICATE OF COMPLIANCE:**
   The undersigned, who is the debtor or debtor's attorney, certifies that: (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)], with copies served on any trustee and, except in Chapter 13 cases, the U.S. Trustee.

Dated: _____  
_____  
Signature

_____  
Type or Print Signer's Name **AND** Phone No.

_____  
Debtor's Address & Taxpayer ID#(s) (last 4 digits)

_____

728 (11/30/09)

Adventist Health  
POB 1398  
Walla Walla, WA   99362

Adventist Health Medical Clinics  
POB 92900  
Portland, OR   97292

AFNI  
POB 3097  
Bloomington, IL   61702-3097

Alliance One  
Receivables Management, Inc.  
POB 2449  
Gig Harbor, WA   98335

Alliance One  
Receivables Management, Inc.  
4850 Street Rd., Suite 300  
Trevose, PA   19053

Allied Credit Services  
1240 NE 175th Street, Suite C  
Seattle, WA   98155

Allied Interstate  
POB 361474  
Columbus, OH   43236-1474

AMPCO System Parking  
POB 80466  
Seattle, WA   98108-0466

Ann M. Kreidler & Michael Reed
7850 East Green Lake Drive North
Seattle, WA  98103

Asset Recovery Group, Inc.
POB 14949
Portland, OR  97293

Asset Systems, Inc.
C/O Michael G. Schindler, RA
4520 SE Belmont St, STE 280
Portland, OR  97215

Asset Systems, Inc.
POB 14550
Portland, OR  97293-0550

Audit & Adjustment Company
POB 1959
Lynnwood, WA  98046-1959

Ballard Hospital
5409 Barnes Avenue NW
Seattle, WA  98107

Brian J. Sunderland
Attorney At Law
10121 SE Sunnyside Road, Suite 300
Clackamas, OR  97015

C. Thomas Davis
Attorney At Law
12220 SW First Street
Beaverton, OR  97005

Care Planning Associates
810 3rd Avenue, Suite 330
Seattle, WA  98104


Chase Bank
POB 15298
Wilmington, DE  19850-5298


Children's Hospital
4800 Sand Point Way NE
Seattle, WA  98105


Chiropractic Office
POB 33847
Seattle, WA  98133


Christi Duncan
3121 57th Avenue NE
Tacoma, WA  98422


City Of Gresham
1333 NW Eastman Parkway
Gresham, OR  97030


City Of Seattle
Department Of Finance
POB 34017
Seattle, WA  98124-1017


Clackamas County Circuit Court
807 Main Street
Oregon City, OR  97045


CMRE Financial Services
3075 E. Imperial Hwy #200
Brea, CA  92821

CN Collections, Inc.
Dba West Coast Adjustors
POB 569
Lynnwood, WA  98046


Collectech Systems
31229 Cedar Valley Drive
Thousand Oaks, CA  91362


Comcast Cable
POB 34744
Seattle, WA  98124


Costco Wholesale
POB 15521
Wilmington, DE  19850


Crown Carpets
C/O Restore Financial Services
POB 20782
Portland, OR  97294


David A. Kastle
Attorney At Law
18720 33rd Avenue West, Suite 100
Lynnwood, WA  98037


David Lawrence
Attorney At Law
7 SE 30th Avenue
Portland, OR  97214


Diagnostic Radiologists PC
POB 92040
Portland, OR  97292-2040

Diagnostic Radiologists, P.C.
C/O Pacific Coast Credit
135 Silver Lane, Suite 200
Eugene, OR 97404


Diamond Parking
605 First Avenue, Suite 600
Seattle, WA 98104


Diamond Parking/Seattle
Attn: Collection Department
4739 University Way NE, Suite 1646
Seattle, WA 98105-4492


Diversified Adjustment
POB 32145
Fridley, MN 55432


EcoFirst Pest Control
POB 3666
Camarillo, CA 93011


Ed's Mufflers Unlimited, Inc.
815 NE Hogan Road
Gresham, OR 97030


Edmonds Emergency Physicians
Department 3028
POB 34936
Seattle, WA 98124-1936


Everett Municiple Court
C/O Parking/Traffic Department
3028 Wetmore Avenue
Everett, WA 98201

Frances R. Cahoon
C/O Jerome B. Buckley Jr., Attorney
1500 SW 1st, Suite 1015
Portland, OR   97201


Fred Meyer
POB 103073
Roswell, GA   30076


Goggins & Lavintman PA
3140 Neil Armstrong Blvd., Suite 319
St. Paul, MN   55121


Greene & Markley, P.C.
C/O S. W. Greene, RA
1515 SW 5th Avenue, Suite 600
Portland, OR   97201


Greene & Markley, PC
Attorneys At Law
1515 SW Fifth Ave., Suite 600
Portland, OR   97201


Gresham Sanitary
POB 1560
Gresham, OR   97030


Griffith Law LLC
POB 18163
Portland, OR   97218


GTE Wireless
C/O Afni, Inc.
POB 3427
Bloomington, IL   61702-3427

Haulaway Storage Containers
POB 186
Stanton, CA   90680-0186


HealthFirst Medical Gorup
C/O We Collect/Atlas Financial
700 North Hayden Island Drive, Ste 290
Portland, OR   97217-8172


IC System, Inc.
POB 64378
St. Paul, MN   64378


Ike H. Ikeda, DMD
19265 SE Stark, Suite D
Portland, OR   97233


Jay Jays Plumbing
19947 East Burnside
Gresham, OR   97030


JJ MacIntyre Company
POB 78150
Corona, CA   92877-0121


John Knapp
622 SE Paloma Avenue
Gresham, OR   97080


KCDC West Division Shoreline
Allianceone Receivables Management, Inc.
4850 Street Rd., Suite 300
Trevose, PA   19053

Keris, Inc.
C/O David B. Schumacher, Attorney
3422 NE 41st Avenue
Portland, OR  97212


McEwen Gisvold LLP
C/O Jonathan M. Radmacher
1100 SW 6th Avenue, Suite 1600
Portland, OR  97204


Medical Laboratory Associates
C/O Allied Credit Services
1240 NE 175th Street, Suite C
Seattle, WA  98155


Merchants Credit Association
POB 7416
Bellevue, WA  98008


Metro Rooter & Plumbing
POB 33585
Portland, OR  97292


Mt. Hood Medical Center
POB 4037
Portland, OR  97208-4037


Multiple Listing Service (MLS)
C/O Law Offices Of Joel Cardis LLC
2006 Swede Road, Suite 100
East Norriton, PA  19401


Multnomah County Assessment & Taxation
C/O Angelika Loomis, Tax Assessor
POB 2716
Portland, OR  97208

Multnomah County Circuit Court
1021 SW 4th Avenue
Portland, OR  97204


Multnomah County Circuit Court
C/O Parking/Traffic Department
1021 SW 4th Avenue
Portland, OR  97204


Municipal Court of Seattle
C/O Parking/Traffic Department
POB 34987
Seattle, WA  98124-4987


National Care Corp.
POB 1007
Bothell, WA  98041-1007


NCO Financial
507 Prudential Road
Horsham, PA  19044


North Seattle Pediatrics
10330 Meridian Avenue North, Suite 210
Seattle, WA  98133


Northwest Hospital
POB 330321
Seattle, WA  98133-9721


NW Acute Care Spec. PC
POB 11810
Westminster, CA  92685

NW Multiple Listing Service
POB 34341
Seattle, WA  98124

NW Natural
POB 6017
Portland, OR  97228-6017

Oregon Attorney General
C/O John Kroger, Dept. Of Justice
1162 Court Street NE
Salem, OR  97301

Pacific Acute Care Specialists
C/O Valley Credit Service
960 Broadway NE, Suite 4
Salem, OR  97308

Pacific Coast
POB 1659
Portland, OR  97207

Paul Puziss, MD
3800 SW Cedar Hills Blvd., Suite 250
Beaverton, OR  97005

PGE
POB 4404
Portland, OR  97208-4404

Phoebe Lou Doughty
622 SE Paloma Avenue
Gresham, OR  97080

Pioneer Preschool
301 3rd Street SE
Puyallup, WA  98372


Progressive Financial Services, Inc.
US Dept. Of Treasury
POB 70957
Charlotte, NC  82872


Providence Everett Medical Center
C/O United Collection Service
POB 3309
Seattle, WA  98114-3309


Providence Everett Medical Center
1321 Colby Avenue
Everett, WA  98201


PUD #1 Of Snohomish County
POB 1107
Everett, WA  98206-1107


Puget Sound Energy
POB 91269
Bellevue, WA  98006


Radia Medical Imaging
728 134th Street SW, Suite 120
Everett, WA  98204-5322


Rich Distributing
POB 33830
Portland, OR  97292

Richard Okrent
Attorney At Law
1610 Broadway
Everett, WA  98201


Robert & Verna Hays
C/O E. Anderson Daniel, Attorney
1919 Willamette Falls Drive
West Linn, OR  97068


Seattle City Light
POB 34023
Seattle, WA  98124-4023


Solomon & Solomon, PC
Columbia Circle
POB 15019
Albany, NY  12212-5019


Sprint
POB 54977
Los Angeles, CA  90054


Stevens Hospital
C/O United Collection Services
POB 3309
Seattle, WA  96114-3309


Stevens Hospital
21601 76th Avenue West
Edmonds, WA  98026


The Hartford
POB 2907
Hartford, CT  06104-2907

The Polyclinic
1145 Broadway
Seattle, WA  98122

Theodore T. McDowell
C/O James R. Vestigo, Attorney At Law
15922 SW 2nd Street
Sherwood, OR  97140

Thomas S. King, MD
11011 Meridian Avenue N, Suite 200
Seattle, WA  98133

Timothy Corey
C/O Stuart Allan & Associates
5447 E 5th Street, Suite 110
Tucson, AZ  85711-2345

Timothy Corey
C/O Safeco Insurance
5447 E 5th Street, Suite 110
Tucson, AZ  85711-2345

Transworld Systems Inc
5440 SW Westgate Drive, Suite 120
Portland, OR  97221

Tyrone Wei, DC
C/O IC System, Inc.
POB 64378
St. Paul, MN  64378

United Collection Service
POB 3309
Seattle, WA  98114

Verizon Wireless
POB 9622
Mission Hills, CA  91346-9622

Violations Bureau
City Treasurer's Office - City Hall
2930 Wetmore Avenue
Everett, WA  98201-4044

Virginia Mason Clinic
Department 1050
POB 34936
Seattle, WA  98124-1936

Washington State Department Of Revenue
POB 47464
Olympia, WA  98504-7464