Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

ORCC (1/8/07) jbk

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
**Melody D. Taylor**
Debtor(s)

Case No. **11–39884–tmb7**

ORDER REOPENING CASE
AND CLOSING CASE

A motion was filed to reopen this case to either add additional creditors, file a motion, file an adversary proceeding complaint, or file documents required for the entry of a Discharge Order, now, therefore,

**IT IS ORDERED** this case is reopened without appointment of a trustee; and, without further notice or order unless otherwise provided below, both the case will be closed and the Court shall retain jurisdiction over any adversary proceeding(s) pending at the time of closure, upon either:

1. (if reopened to add creditors) the earlier of either docketing of an amendment filed in compliance with Local Form #728, or 28 days after entry of this order;

2. (if reopened to file a motion (e.g., for lien avoidance or violation of the Stay)) the earlier of either docketing of the final order granting or denying the motion, 28 days after entry of this order if no timely objection was filed, or 14 days after the last date scheduled for a hearing on a timely filed objection;

3. (if reopened to file an adversary proceeding) the earlier of either filing of the adversary proceeding complaint, or 30 days from the date of this order if no adversary proceeding complaint has been filed; or

4. (if reopened by debtor(s) to file document(s) required for entry of a Discharge Order) the earlier of either (a) proper filing by the debtor(s) of all document(s) required for entry of a Discharge Order, entry of a Discharge Order, and the service of a copy of that Order upon all interested parties; or (b) 30 days from the date of this order if all documents required for entry of a Discharge Order have not been properly filed.

###