Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re: ) Case No._____
)
) ORDER AVOIDING JUDICIAL LIEN
) PURSUANT TO 11 U.S.C. §522(f)(1)(A)
)
Debtor(s) )

THIS MATTER came before the Court on debtor's Motion to Avoid Judicial Lien on Real Property Pursuant to 11 U.S.C. §522(f)(1)(A) in this case. The Court having reviewed the records and files herein, and having determined that no timely response has been filed to debtor's motion,

IT IS HEREBY ORDERED that the judicial lien of _____,
against debtor's real property located at _____,
a legal description of which is _____
_____ (attached as exhibit, if necessary) is avoided pursuant to the terms of 11 U.S.C. §522(f)(1)(A) and

☐ is no longer a lien against the real property referenced herein or
☐ is partially avoided and is a lien against the real property in the amount of $_____.

The lien avoided is related to the judgment entered in case no. _____ in the Circuit Court of _____ County, State of _____.

###

PRESENTED BY:

_____
Signature of Debtor/Debtor's Attorney
Typed Name: _____
OSB# (if applicable): _____

cc: Debtor; Debtor's Attorney; Trustee; Lienholder (Insert address(es) if not ECF Participant; attach continuation page if needed):_____
_____
_____
_____

717.07 (12/1/13)